ACCEPTED
04-15-00271-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/18/2015 11:47:42 AM
KEITH HOTTLE
CLERK

No. 04-15-00271-CV

IN THE COURT OF APPEALS

FOR THE FOURTH DISTRICT OF TEXAS

AT SAN ANTONIO

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/18/2015 11:47:42 AM
KEITH E. HOTTLE
Clerk

ESTATE OF JOHNNIE MAE KING

**NOTICE OF APPEARANCE OF LEAD COUNSEL ON APPEAL**

TO THE HONORABLE COURT:

COMES NOW, Elizabeth Conry Davidson, counsel for Appellees, Bexar Appraisal District and Bexar Appraisal Review Board, and files this, her Notice of Appearance of Lead Counsel on Appeal, and in support thereof would respectfully show this Court the following:

Elizabeth Conry Davidson, Attorney at Law has been retained to represent the above-referenced Appellees, Bexar Appraisal District and Bexar Appraisal Review Board, in this case and hereby makes an appearance in this case for all purposes.

WHEREFORE PREMISES CONSIDERED, the undersigned respectfully request that this Notice of Appearance of Lead Counsel be filed with the other papers and pleadings in this cause, and that the Court and all parties take notice of the

appearances and designation made herein.

Respectfully submitted,

ELIZABETH CONRY DAVIDSON
ATTORNEY AT LAW
926 Chulie
San Antonio, Texas 78216
Telephone: 210/380-4899
Telecopier: 210/568-4036

By: ___/s/ Elizabeth Conry Davidson
      Elizabeth Conry Davidson
      State Bar No. 00793586

**ATTORNEY FOR APPELLEES, BEXAR APPRAISAL DISTRICT AND BEXAR APPRAISAL REVIEW BOARD**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was delivered to the following in accordance with the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure on this the 18th day of May, 2015:

Rowland J. Martin
Administrator for Estate of King
951 Lombrano
San Antonio, TX 78207
(210) 323-3849

/s/ Elizabeth Conry Davidson
Elizabeth Conry Davidson